PANKIT DOSHI (SBN 231369)
pdoshi@mwe.com
M. ALEJANDRA CHUMBES (SBN 358028)
achumbes@mwe.com
**MCDERMOTT WILL & EMERY LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2616
Telephone:      +1 628 218 3800

CHRISTOPHER BRAHAM (SBN 293367)
cbraham@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone: (310) 277-4110

Attorneys for Defendants
DAVITA, INC. and
DVA RENAL HEALTHCARE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAIRA SHEIKH, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVITA INC., a Delaware corporation;<br>DVA RENAL HEALTHCARE, INC., a<br>Tennessee corporation; and DOES 1 through 10,<br>inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-00111-TLN-CSK<br><br>**STIPULATION REGARDING**<br>**DISCOVERY IN THIS ACTION;**<br>**ORDER**<br><br>Complaint Filed:　December 9, 2024<br>Action Removed:　January 10, 2025<br>Trial Date:　　　Not Set |

McDermott Will & Emery LLP
Attorneys At Law
San Francisco

1    **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2          Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, this Stipulation is

3    entered into by and between Plaintiff Saira Sheikh ("Plaintiff") and Defendants DaVita, Inc. and

4    DVA Renal Healthcare, Inc. ("Defendants") (collectively, the "Parties"), through their respective

5    counsel of record, as follows:

6          WHEREAS, on December 9, 2024, Plaintiff filed a complaint in California Superior Court

7    for the County of Solano;

8          WHEREAS, on January 10, 2025, Defendants removed the case to this Federal Court;

9          WHEREAS, on January 21, 2025, Plaintiff filed a motion to remand the case back to

10   California Superior Court;

11          WHEREAS, on January 29, 2025, the Court issued a scheduling order that called the Parties

12   to complete discovery by January 9, 2026; and

13          WHEREAS, the Parties initially found it most prudent to wait to initiate discovery until the

14   Court issued its ruling on Plaintiff's pending motion to remand to determine whether this Court had

15   subject matter jurisdiction over the dispute but recently agreed it made more sense to proceed with

16   discovery subject to an agreement that safeguards against the risk of unnecessary expenses associated

17   with the Court potentially granting the motion and remanding the case back to California Superior

18   Court.

19          **NOW, THEREFORE, IT IS HEREBY STIPULATED** that the Parties agree that any

20   discovery procured in Federal Court cannot and need not be re-sought in California Superior Court

21   in the event the Court issues an order granting Plaintiff's Motion to Remand.

22

23

24                                    [signatures on next page]

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
San Francisco

Respectfully submitted,

Dated: June 18, 2025                **WEST COAST EMPLOYMENT LAWYERS, APLC**

By:    _/s/ Ronald L. Zambrano_
        NEAMA RAHMAN
        RONALD L. ZAMBRANO
        ASHLEY J. GARAY
        Attorneys for Plaintiff
        SAIRA SHEIKH

Dated: June 18, 2025                **MCDERMOTT WILL & EMERY LLP**

By:    _/s/ Pankit Doshi_
        PANKIT DOSHI
        CHRIS BRAHAM
        M. ALEJANDRA CHUMBES
        Attorneys for Defendants
        DAVITA, INC. and
        DVA RENAL HEALTHCARE, INC.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Troy L. Nunley
Chief United States District Judge