PANKIT DOSHI (SBN 231369)
pdoshi@mcdermottlaw.com
M. ALEJANDRA CHUMBES (SBN 358028)
achumbes@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2616
Telephone:    +1 628 218 3800
Facsimile:    +1 628 877 0107

Attorneys for Defendants
DAVITA, INC. AND DVA RENAL
HEALTHCARE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIRA SHEIKH, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC., a Delaware corporation; DVA RENAL HEALTHCARE, INC., a Tennessee corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:25-cv-00111-TLN-CSK<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFF SAIRA SHEIKH'S MEDICAL EXAMINATION PURSUANT TO F.R.C.P. 35** |

ORDER GRANTING STIPULATION
REGARDING PLAINTIFF SAIRA SHEIKH'S
MEDICAL EXAMINATION PURSUANT TO
F.R.C.P. 35

SHEIKH V. DAVITA, INC. (No. 2:25-CV-00111-TLN-CSK)

## ORDER

Having reviewed the Parties' stipulation, and finding good cause appearing therein to grant Plaintiff Saira Sheikh's ("Plaintiff") independent mental health examination pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Court orders as follows:

1.      Plaintiff will appear on February 27, 2026 at 634 N Santa Cruz, Suite 210, Los Gatos, California 95030, at 10 a.m. for a psychological evaluation to be conducted by John M. Greene, M.D.

**IT IS SO ORDERED.**

Dated: February 24, 2026                    _____

Troy L. Nunley
Chief United States District Judge

McDermott Will & Schulte LLP
Attorneys At Law
San Francisco

ORDER GRANTING STIPULATION
REGARDING PLAINTIFF SAIRA SHEIKH'S
MEDICAL EXAMINATION PURSUANT TO
F.R.C.P. 35

- 1 -

SHEIKH V. DAVITA, INC. (No. 2:25-CV-00111-TLN-CSK)