Neama Rahmani (State Bar No. 223819)
   *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
   *ron@westcoasttriallawyers.com*
**WEST COAST TRIAL LAWYERS, APLC**
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
SAIRA SHEIKH

PANKIT DOSHI (SBN 231369)
pdoshi@mcdermottlaw.com
M. ALEJANDRA CHUMBES (SBN 358028)
achumbes@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2616
Telephone:    +1 628 218 3800
Facsimile:    +1 628 877 0107

Attorneys for Defendants
DAVITA, INC. AND DVA RENAL
HEALTHCARE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIRA SHEIKH, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC., a Delaware corporation; DVA RENAL HEALTHCARE, INC., a Tennessee corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:25-cv-00111-TLN-CSK<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE; AND ORDER**<br><br>Action Filed: December 9, 2024<br>Action Removed: January 10, 2025<br>Trial Date: Not Set |

**TO THE HONORABLE COURT:**

Plaintiff SAIRA SHEIKH ("Plaintiff") and Defendants DAVITA INC. and DVA RENAL HEALTHCARE, INC ("Defendants") (Plaintiff and Defendants collectively, the "Parties") by and through their respective counsel of record, hereby agree to enter into the following stipulation (the "Joint Stipulation") to extend the discovery cut-off for the sole purpose of conducting five (5) additional depositions.

WHEREAS, the fact discovery in this case is ordered to be completed no later than May 11, 2026 (the "Fact Discovery Cut-Off");

WHEREAS Plaintiff wishes to depose five of Defendants' agents (Kristine Mendoza, Tim Souza, Kim Radtke, Thad Seals, and Tate Rider) who have not yet made themselves available; and

WHEREAS the Parties have agreed to deposition dates in April and May 2026.

## JOINT STIPULATION

By this Joint Stipulation, and Good Cause appearing, the Parties agree as follows:

1.      The Parties agree to extend the Fact Discovery Cut-Off to May 31, 2026 for the sole purpose of conducting five (5) additional depositions.

2.      The Parties agree that the only discovery to be conducted after the original cut-off date of May 11, 2026 are the depositions of Defendants' agents – Kristine Mendoza, Tim Souza, Kim Radtke, Thad Seals, and Tate Rider.

3.      No Party will suffer prejudice as a result of the aforementioned extension.

4.      The proposed extension has been stipulated by all Parties.

5.      The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Joint Stipulation.

Dated: March 3, 2026          **MCDERMOTT WILL & SCHULTE LLP**

By:      */s/ Pankit Doshi*
         PANKIT DOSHI
         M. ALEJANDRA CHUMBES
         Attorneys for Defendants
         DAVITA, INC. and DVA RENAL
         HEALTHCARE, INC.

By:    /s/  Ron Zambrano
RONALD ZAMBRANO
Attorneys for Plaintiff
SAIRA SHEIKH

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Joint Stipulation filed by the Parties in *Sheikh v. Davita, Inc.* (2:25-CV-00111-TLN-CSK) and enters the following Order pursuant to its terms:

1. The May 11, 2026, Fact Discovery Cut-Off is extended to **June 1, 2026** for the sole purpose of conducting the depositions of five (5) of Defendants' agents – Kristine Mendoza, Tim Souza, Kim Radtke, Thad Seals, and Tate Rider.

2. All other dates, deadlines, and instructions contained in the September 4, 2025, Minute Order, **SHALL** remain in effect.

Dated: March 3, 2026

_____

Troy L. Nunley
Chief United States District Judge